**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | |
| **Elias Nathan Altman,** | * | **Cr. No.: 4:12-cr-00137-001** |
| **Defendant.** | * | |

## AUTHORIZATION TO DESTROY SEIZED PROPERTY

     The United States Probation Office for the Southern District of Iowa is in possession of and is seeking permission to destroy seized property belonging to Elias Nathan Altman.  Possession of said property was in violation of the defendant's Court ordered conditions and will no longer be used at any Court proceedings.

**Property Description:**  Samsung cell phone
                         Gray & black cell phone


**************************************************

### ORDER OF THE COURT

     Pursuant to the above noted authorization, it is ordered that the property noted above be destroyed in accordance with the United States Probation Office for the Southern District of Iowa Search and Seizure Policy.


Dated this 5th day of August 2025.

                                            _____
                                   **Rebecca Goodgame Ebinger**
                                    **U.S. District Judge**